GEORGE COLON et al., Appellants, *v.* JOSEPH KING CONSTRUCTION COMPANY et al., Defendants, and MARGARET A. HOWARD, Respondent.

*Colon* v. *King Construction Co.*, 155 App. Div. 930, affirmed.
(Argued March 26, 1915; decided April 13, 1915.)

APPEAL from so much of a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 22, 1913, as affirms a judgment of Special Term adjudging, in an action to foreclose a mechanic's lien, that certain mortgages theretofore discharged and satisfied shall be reinstated as subsisting liens upon the westerly half of the premises described in the complaint; that the defendant, respondent, Howard

shall be subrogated to all rights thereunder and that her interest as mortgagee in said premises shall be prior to that of the plaintiffs as mechanics' lienors.

*Herman Asher* and *Herman Gettner* for appellants.

*Harold Swain* and *Hamilton C. Rickaby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: CARDOZO, J. Absent: SEABURY, J.